UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| NATHAN WELLS,<br><br>          Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant. | No. 1:20-cv-296 |

## JOINT STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted this 18th day of January, 2021.

| MCMAHAN LAW FIRM, LLC | ROBINSON, SMITH & WELLS, PLLC |
|---|---|
| By:   <u>D. Seth Holliday w/ perm. mkb</u><br>D. Seth Holliday, #023136<br>McMahan Law Firm, LLC<br>700 S. Thornton Avenue<br>P.O. Box 1607<br>Dalton, Georgia 30722<br>(706) 217-6118<br>sholliday@mcmahanfirm.com<br>Attorneys for Plaintiff | By:   <u>Marcie K. Bradley</u><br>Marcie K. Bradley, #028222<br>700 Republic Centre<br>633 Chestnut Street<br>Chattanooga, TN 37450<br>(423) 665-9529<br>mbradley@rswlaw.com<br>Attorney for Defendant |